**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

February 26, 2015

Hon. Hector P. Gonzalez
Attorney at Law
202 E. St. Joseph Avenue
San Diego, TX 78384
* DELIVERED VIA E-MAIL *

Hon. Kenneth M. Culbreth Jr.
Attorney at Law
500 North Shoreline, Suite 900
Corpus Christi, TX 78401-0341
* DELIVERED VIA E-MAIL *

Hon. Audrey Mullert Vicknair
Attorney at Law
Frost Bank Plaza
802 N. Carancahua, Suite 1350
Corpus Christi, TX 78401-0022
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-15-00032-CV
Tr.Ct.No. 10372
Style:   Gumaro Rosales & Velma Rosales and All Occupants v. Green Tree Servicing LLC.

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   Hon. Gracie Alaniz-Gonzales, San Patricio County Clerk (DELIVERED VIA E-MAIL)